# Criminal Case Cover Sheet

U.S. District Court

Place of Offense:                                    Related Case Information:

City_____                Superseding Indictment _____ Docket Number/Judge 1:12CR_____
County/Parish  Fairfax _____         Same Defendant _____ New Defendant ___X___
                                                     Magistrate Judge Case Number_____
                                                     Search Warrant Case Number _____
                                                     R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____
Defendant Name: KURAYE TAMUNOIBI AKUIYIBO          Alias Name(s) a/k/a "G", a/k/a "Gerald"_____
Address: _____[REDACTED]_____ Miami, FL 33131_____
Employment: _____
Birthdate __[REDACTED]__1979  SS# __[REDACTED]__0293   Sex  M    Race  H    Nationality  U.S _____
Place of Birth_____ Height_____ Weight_____ Hair  Blk____ Eyes  Brn__ Scars/Tattoos _____
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:
Arrest Date _____
☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody          ☐ On Pretrial Release       ☒ Not in Custody
☒ Arrest Warrant Requested          ☐ Fugitive                   ☐ Summons Requested
☐ Bond _____          ☐ Detention Sought

Defense Counsel Information:

Name:_____          ☐ Court Appointed
Address:_____          ☐ Retained
Telephone: _____          ☐ Public Defender
                                               ☐ Office of Federal Public Defender should not be appointed
                                                 due to conflict of interest
                                               ☐ CJA attorney _____ should not be appointed
                                                 due to conflict of interest

U.S. Attorney Information:

AUSA: Kimberly Riley Pedersen___   Telephone No: (703) 299-3700___   Bar # USAO___

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation_____

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 3, 5-6, 9-10 | Felony |
| Set 4 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 4, 7 | Felony |

Date: 1/24/12       Signature of AUSA  [signature] K Pedersen

REDACTED
JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

**Place of Offense:**  
City _____  
County/Parish __Fairfax_____

**Related Case Information:**  
Superseding Indictment _____ Docket Number/Judge _1:12CR_____  
Same Defendant _____ New Defendant __X_____  
Magistrate Judge Case Number_____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X___ If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name: __OTASOWIE CHRISTOPHER ASUEN____ Alias Name(s) a/k/a "Otas", a/k/a "Gene"

Address: _____

Employment: _____

Birthdate ____1985 SS# ____0058 Sex __M__ Race __B__ Nationality ___U.S_____

Place of Birth_____ Height_____ Weight_____ Hair __Blk__ Eyes __Brn__ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes  List language and/or dialect: _____  Automobile Description _____

**Location Status:**  
Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.  
☐ Already in State Custody     ☐ On Pretrial Release     ☒ Not in Custody  
☒ Arrest Warrant Requested     ☐ Fugitive              ☐ Summons Requested  
☐ Bond _____     ☐ Detention Sought

**Defense Counsel Information:**

Name: _____  
Address: _____  
Telephone: _____

☐ Court Appointed  
☐ Retained  
☐ Public Defender  
☐ Office of Federal Public Defender should not be appointed due to conflict of interest  
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__ Telephone No: __(703) 299-3700__ Bar # __USAO__

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation

**U.S.C. Citations:**

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 5-6 | Felony |
| Set 3 18 U.S.C. §§ 924(c)(1)(A)(ii), 2 | Use & Carry a Firearm During & In Relation to a Crime of Violence | 7 | Felony |

Date: 1/24/12     Signature of AUSA  K Pedersen

# Criminal Case Cover Sheet          U.S. District Court

Place of Offense:  
City _____  
County/Parish __Fairfax_____

Related Case Information:  
Superseding Indictment _____ Docket Number/Judge __1:12CR_____  
Same Defendant _____ New Defendant __X_____  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__ If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____  
Defendant Name: __ALAFAKA PATIENCE OPUIYO__   Alias Name(s) a/k/a "Amy", a/k/a "Tracy"  
Address: _____  
Employment: _____  
Birthdate __[REDACTED]1980__ SS# __[REDACTED]3642__ Sex __F__ Race __B__ Nationality __U.S__  
Place of Birth _____ Height _____ Weight _____ Hair __Blk__ Eyes __Brn__ Scars/Tattoos _____  
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:  
Arrest Date _____  
☐ Already in Federal Custody as of _____ in _____.  
☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody  
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested  
☐ Bond _____   ☐ Detention Sought

Defense Counsel Information:

Name: _____  
Address: _____  
Telephone: _____

☐ Court Appointed  
☐ Retained  
☐ Public Defender  
☐ Office of Federal Public Defender should not be appointed due to conflict of interest  
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

Complainant Agency, Address & Phone Number or Person & Title, if any:

__Special Agent David M. DeFilippis - Federal Bureau of Investigation__

U.S.C. Citations:

Total # of Counts: __1__

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1952(a)(2), 2 | Interstate Trvl/Use of Interstate Facilities in Aid of Racketeering Ent. | 9-10 | Felony |

Date: __1/24/12__   Signature of AUSA __KPedersen__

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |

Place of Offense:          Related Case Information:

City_____    Superseding Indictment _____ Docket Number/Judge 1:12CR_____

County/Parish __Fairfax_____    Same Defendant _____ New Defendant ___X_____
                                  Magistrate Judge Case Number_____
                                  Search Warrant Case Number _____
                                  R 20/R 40 from District of _____

Defendant Information:

Juvenile -- Yes _____ No __X__ If Yes, Matter to be sealed: __X__ Yes _____ No  FBI # _____

Defendant Name: NASSIM TABATABAI_____    Alias Name(s)  a/k/a "Naz"_____

Address: _____████████_____New York, NY_____

Employment: _____

Birthdate ████1979 SS# ████1895 Sex __F__ Race __W__ Nationality __U.S_____

Place of Birth_____ Height_____ Weight_____ Hair _Brn_ Eyes _Brn_ Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____ Automobile Description _____

Location Status:

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____.

☐ Already in State Custody     ☐ On Pretrial Release     ☒ Not in Custody

☒ Arrest Warrant Requested     ☐ Fugitive     ☐ Summons Requested

☐ Bond _____     ☐ Detention Sought

Defense Counsel Information:

Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

U.S. Attorney Information:

AUSA: _Kimberly Riley Pedersen__  Telephone No: _(703) 299-3700__  Bar # _USAO_

Complainant Agency, Address & Phone Number or Person & Title, if any:

Special Agent David M. DeFilippis - Federal Bureau of Investigation_____

U.S.C. Citations:

Total # of Counts: ___1___

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1 18 U.S.C. § 1956(h) | Conspiracy to Commit Money Laundering | 1 | Felony |
| Set 2 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |
| Set 3 18 U.S.C. §§ 1957(a) | Money Laundering | 8 | Felony |

Date: _1/24/12_     Signature of AUSA  _KPedersen_

JS 45 (11/2002)

## Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**
City _____
County/Parish __Fairfax_____

**Related Case Information:**
Superseding Indictment _____ Docket Number/Judge _1:12CR_____
Same Defendant _____ New Defendant __X__
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____
Defendant Name: __JENNIFER CHIRCHILL_____   Alias Name(s) __a/k/a "Jennifer Nukul"__
Address: _____[REDACTED]_____Irvine, CA 92612__
Employment: _____
Birthdate __[REDACTED]1983__ SS# __[REDACTED]1683__ Sex __F__ Race __W__ Nationality __U.S__
Place of Birth _____ Height _____ Weight _____ Hair __Brn__ Eyes __Brn__ Scars/Tattoos _____
Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**
Arrest Date _____
☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody   ☐ On Pretrial Release   ☒ Not in Custody
☒ Arrest Warrant Requested   ☐ Fugitive   ☐ Summons Requested
☐ Bond _____   ☐ Detention Sought

**Defense Counsel Information:**
Name: _____
Address: _____
Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA: __Kimberly Riley Pedersen__   Telephone No: __(703) 299-3700__   Bar # __USAO__

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation

**U.S.C. Citations:**

Total # of Counts: __1__

| Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|
| Set 1  18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: _1/24/12_   Signature of AUSA _K. Pedersen_

JS 45 (11/2002)

| Criminal Case Cover Sheet | U.S. District Court |
|---|---|

**Place of Offense:**

City_____

County/Parish __Fairfax_____

**Related Case Information:**

Superseding Indictment _____ Docket Number/Judge _1:12CR_____

Same Defendant _____ New Defendant ___X_____

Magistrate Judge Case Number_____

Search Warrant Case Number _____

R 20/R 40 from District of _____

**Defendant Information:**

Juvenile -- Yes _____ No __X__   If Yes, Matter to be sealed: __X__ Yes _____ No   FBI # _____

Defendant Name:__KIANA CHERRIE MCKELVIN_____   Alias Name(s) __a/k/a "Vicky"_____

Address: _____Arlington, VA_____

Employment: _____

Birthdate __▮▮▮1980__  SS# __▮▮▮0575__  Sex _F_  Race _W_  Nationality __U.S_____

Place of Birth_____  Height_____  Weight_____  Hair __Blk____  Eyes __Brn____  Scars/Tattoos _____

Interpreter: ☒ No ☐ Yes   List language and/or dialect: _____   Automobile Description _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in_____.

☐ Already in State Custody       ☐ On Pretrial Release       ☒ Not in Custody

☒ Arrest Warrant Requested       ☐ Fugitive                  ☐ Summons Requested

☐ Bond _____          ☐ Detention Sought

**Defense Counsel Information:**

Name:_____

Address:_____

Telephone: _____

☐ Court Appointed
☐ Retained
☐ Public Defender
☐ Office of Federal Public Defender should not be appointed due to conflict of interest
☐ CJA attorney _____ should not be appointed due to conflict of interest

**U.S. Attorney Information:**

AUSA:__Kimberly Riley Pedersen___   Telephone No: _(703) 299-3700____   Bar #__USAO___

**Complainant Agency, Address & Phone Number or Person & Title, if any:**

Special Agent David M. DeFilippis - Federal Bureau of Investigation

**U.S.C. Citations:**

Total # of Counts: ___1___

| | Code Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. §§ 1952(a)(1), (a)(3), 371 | Consp. to Trvl/Use Interstate Facilities in Aid of Racketeering Ent. | 2 | Felony |

Date: _1/24/12_      Signature of AUSA _K Pedersen_