IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:12-cr-0038 |
| | ) |
| KURAYE TAMUNOIBI AKUIYIBO, | ) |
| et al. | ) |
| | ) |
| Defendants. | ) |

### ORDER

Upon motion of the defendants to extend the motions filing deadline from March 19, 2012, to April 2, 2012,

And for good cause having been shown and there being no objection by the United States,

It is hereby ORDERED that the motions deadline in this matter is extended to April 2, 2012.

It is so ordered this _14th_ day of March, 2012.

/s/
Leonie M. Brinkema
United States District Judge