IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:12CR038 |
| ) | |
| KURAYRE TAMUNOIBI AKUIYIBO, ) | Trial Date: June 18, 2012 |
| NASSIM TABATABAI, ) | Motions Hearing: June 6, 2012 |
| JENNIFER CHURCHILL, ) | |
|     Defendants. ) | |

GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME IN WHICH TO FILE RESPONSES TO PRETRIAL MOTIONS

    The United States Attorney, through its attorneys, Neil H. MacBride, United States Attorney for the Eastern District of Virginia, and Kimberly R. Pedersen and Patricia Haynes, Assistant United States Attorneys, hereby moves this Honorable Court to extend the deadline for the government's response to pretrial motions from April 12, 2012, to April 23, 2012. Counsel for the three defendants who filed pretrial motions have indicated they do not oppose this request. In support of its request, the government represents as follows:

    1. The motions hearing is scheduled for June 18, 2012.[1]

    2. Defense motions originally were due on March 19, 2012, but that deadline was extended to April 2, 2012.

    3. Three of the defendants filed motions on April 2, 2012. The government's response is currently due on April 12, 2012.

---

[1] Defendant Jennifer Churchill has noticed the hearing on her Motion for a Bill of Particulars for April 27, 2012. All other motions remain scheduled for June 18, 2012.

4. Undersigned counsel will be out of the office from April 6th - April 16th. Due to the number of motions filed, it would be difficult for a single government counsel to respond to all of the motions.

5. The government submits that because the motions hearing is set for June 6, 2012, this requested extension of the government's response date will not affect the ability of defense counsel to prepare for the motions hearing, nor will it impede the Court's ability to review the pleadings prior to the hearing.

Wherefore, based on the foregoing, the government respectfully requests that this Honorable Court grant its request and extend the date for its response to pretrial motions until April 23, 2012.

                                            Respectfully submitted,

                                            Neil H. MacBride
                                            United States Attorney

By:        /s/
           Patricia Haynes
           Assistant United States Attorney
           United States Attorney's Office
           2100 Jamieson Avenue
           Alexandria, VA 22314
           (703) 299-3724
           Fax (703) 739-9556
           Patricia.haynes@usdoj.gov
           VA Bar No. 49038

Certificate of Service

   I hereby certify that on April 4, 2012, I electronically filed a copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notification to all parties.

                    /s/
                 Patricia Haynes
                 Assistant United States Attorney
                 United States Attorney's Office
                 2100 Jamieson Avenue
                 Alexandria, VA 22314
                 (703) 299-3724
                 Fax (703) 739-9556
                 Patricia.haynes@usdoj.gov
                 VA Bar No. 49038