1:12-CR-38 LMB

Roseline Ibama-Opuiyo
180 Niger Street
Port-Harcourt
Rivers/State
Nigeria
6th Feb. 2013

Dear Sir,
   I greet you in the name of
our Lord Jesus Christ.
Am writing this letter from
Nigeria. I am Alafaka Opuiyo's
mother and my name is
Roseline Ibama-Opuiyo.
   My daughter Alafaka Opuiyo
was sentence in your court
room last year August 2012.
I am writing you this letter
as a parent pleading for a
reduction in Alafaka's
current sentence.
   Alafaka is a not a criminal
she is a very obedient and
brilliant child. She was just
caught with the wrong friend
she is a very hardworking child
always keeping jobs to
mauntein her self. I rise
Alafaka with christian moral
values. I have been talking
with her since her sentence

and she is very remorseful of her actions and activities that leads to her imprisonment, she has re-dedicated her life to God to do what is right before God and the law, she has promise not to get involve in any criminal active. All what am asking is to give my daughter a second chance to proof her self by reducing the current sentence.

Am once again begging and pleading to you to use your good office to Tender mercy with your judgement by reducing Alafaka's current sentence.

Thanks for your understanding looking forward in hearing a favorable answer. Thanks again and may God bless you and family.

Your faithfully

Roseline Ibami-Opuyo

P.S; my daughter was very co-operative
during the Trial and so the
prosecutor Kimberly Riley Pederson
promised her to recommend reduce
sentencing.